| Case | 21CV00310 | Caption | DAY vs. WALMART INC ET AL |
|---|---|---|---|
| Chapter | 60 | Nature | PREMISES LIABILITY |
| Status | PENDING | Judge | JAMES F VANO |
| Division | 2 | | |

Search | Case History (ROA) | Plaintiff/Defendant | Court Events | Other Cases | Documents

Sort By Ascending Order | Sort by Descending Order | Print Friendly | E-File On Case

| Date | Description | Doc |
|---|---|---|
| 02/01/2021 | FILE STAMP 02/01/21, RETURN OF SERVICE FOR CERTIFIED MAIL | DOC(4) |
| 01/21/2021 | PETITION AND SUMMONS ISSUED TO ATTORNEY FOR CERTIFIED MAIL "DBA WALMART 998" E/S | |
| 01/21/2021 | PETITION AND SUMMONS ISSUED TO ATTORNEY FOR CERTIFIED MAIL "WALMART INC" E/S | |
| 01/21/2021 | FILE STAMP 01/21/21 09:30am, REQUEST AND SERVICE INSTRUCTION FORM | DOC(3) |
| 01/21/2021 | FILE STAMP 01/21/21 09:30am, REQUEST AND SERVICE INSTRUCTION FORM | DOC(2) |
| 01/21/2021 | FILE STAMP 01/21/21, PETITION FOR DAMAGES | DOC(1) |
| 01/21/2021 | JUDGE JAMES F VANO ASSIGNED TO CASE | |
| 01/21/2021 | NEW CASE E-FILED; DAY VS WALMART INC; FILING FEE $196.50; PAID BY HUNTER, SCOTT A, RECEIPTED AMOUNT $196.50, E-PAYMENT NO: 96680794 | |

EXHIBIT A

21CV00310
Div2

IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS
CIVIL DEPARTMENT

| | |
|---|---|
| **DIMPLE D. DAY** ) | |
| 1118 E. Johnston St. ) | |
| Olathe, Kansas 66061, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. _____ |
| ) | |
| **WALMART INC.,** ) | Division \_\_\_\_\_ |
| d/b/a WalMart #998 ) | |
| <u>Service via certified mail to resident agent:</u> ) | |
| The Corporation Company, Inc. ) | **JURY TRIAL DEMAND** |
| 112 SW 7th Street, Suite 3C ) | |
| Topeka, Kansas 66603, ) | |
| ) | |
| _____Defendant._____) | |

**Filed Pursuant to K.S.A. Chapter 60**

## PETITION FOR DAMAGES

**COMES NOW** Plaintiff Dimple D. Day, by and through her undersigned counsel, and states as follows for her Petition for Damages against Defendant Walmart Inc.:

1. Plaintiff Dimple Day is an individual who resides at 1118 E. Johnston Street, Olathe, Johnson County, Kansas 66061.

2. Defendant Walmart Inc. is a corporation that does business as Walmart #998, which has been registered to do business and has been doing business in the State of Kansas at all times relevant hereto, including but not limited to the time of the subject January 22, 2019 incident and the present time, and may be served with process through its resident agent, The Corporation Company, Inc., 112 SW 7th Street, Suite 3C, Topeka, Kansas 66603.

3. At all times relevant hereto, including but not limited to at the time of the

subject January 22, 2019 incident, Defendant Walmart Inc. has owned and operated the Walmart Neighborhood Market located at 4701 Mission Road, Westwood, Johnson County, Kansas 66205, where Plaintiff was injured.

4. Venue and jurisdiction are proper in the District Court of Johnson County, Kansas, based upon the facts alleged above and below, and based upon any further facts that may be discovered.

5. On January 22, 2019, Plaintiff was a customer of Defendant Walmart Inc. and an invitee.

6. On January 22, 2019, Plaintiff was shopping at the Walmart Neighborhood Market and was looking at some Cornish game hens in a case at the freezer section, when she accidently dropped a piece of paper into the case.

7. After reaching into the case to retrieve her piece of paper, and while pulling her left hand back out of the case, she received a 7 (seven) inch cut from just above her knuckle to her forearm.

8. It was then she noticed a sharp piece of glass, plastic or similar material protruding out of the inside of the freezer case, which caused the cut to the top of her left hand, wrist and forearm.

9. Defendant knew or by using ordinary care could have known of this unsafe condition.

10. Defendant failed to use ordinary care to barricade, remedy, repair, remove, or warn of this unsafe condition.

11. As a direct and proximate result of Defendant's acts and omissions, Plaintiff sustained serious and permanent injuries to her left hand, wrist and forearm, resulting in

the following damages:

(a) she has incurred medical, prescription and other health bills;

(b) she may incur medical, prescription and other health care bills in the future;

(c) she has been forced to undergo medical and health care treatment and procedures;

(d) she may be forced to undergo medical and health care treatment in the future;

(e) she has endured pain and suffering and disfigurement;

(f) she will endure pain and suffering and disfigurement in the future;

(g) she has suffered loss of enjoyment of life, mental anguish, and emotional distress; and

(h) she will suffer loss of enjoyment of life, mental anguish, and emotional distress in the future.

12. In addition to the damages mentioned above, Plaintiff seeks fair and reasonable compensation for the loss or impairment of Plaintiff's ability to perform services as a wife resulting from injury sustained by her, pursuant to K.S.A. 23-2605.

**WHEREFORE**, Plaintiff Dimple D. Day prays that this Court enter judgment in her favor and against Defendant Walmart Inc., doing business as WalMart #998, in an amount in excess of $75,000.00 (Seventy-Five Thousand Dollars), plus taxable court costs, and for any other remedy that this Court deems just and proper under the circumstances.

/s/ Scott A. Hunter
Scott A. Hunter          KS #18607
HUNTER & CASSIDY, LLC
600 Broadway Blvd., Suite 490
Kansas City, Missouri 64105
Telephone: (816) 421-1377
Facsimile: (816) 421-1833
E-Mail: shunter@huntercassidylaw.com

**ATTORNEYS FOR PLAINTIFF**

## DEMAND FOR JURY TRIAL

**COMES NOW** Plaintiff, by and through undersigned counsel, and hereby respectfully demands trial by a twelve-person jury.

/s/ Scott A. Hunter
Scott A. Hunter          KS #18607

IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS
CIVIL COURT DEPARTMENT

DIMPLE D DAY

                Plaintiff                Case No: 21CV00310

vs                                      Division:  2

                                            K.S.A. Chapter 60

WALMART INC

                Defendant

REQUEST AND SERVICE INSTRUCTION FORM

To:  Clerk of the District Court:

Please issue a SUMMONS and PETITION in this action for WALMART INC whose address for service is:

      112 SW 7TH STREET, SUITE 3C
      TOPEKA, KS 66603

Certified mail service by the undersigned attorney, who understands that it is their responsibility to obtain service and to make the return to the clerk.  The postal receipt for service must be filed with the Clerk's office to prove service.

                                        By: /s/ SCOTT A HUNTER
                                        SCOTT A HUNTER, #18607
                                        600 BROADWAY BLVD., SUITE 490
                                        KANSAS CITY, MO 64105
                                        816-421-1377

*Clerk of the District Court, Johnson County Kansas*
*01/21/21  09:30am NG*

IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS
CIVIL COURT DEPARTMENT

DIMPLE D DAY

                      Plaintiff                Case No: 21CV00310

vs                                        Division:   2

                                                K.S.A. Chapter 60

WALMART INC

                      Defendant

REQUEST AND SERVICE INSTRUCTION FORM

To:  Clerk of the District Court:

Please issue a SUMMONS and PETITION in this action for DBA WALMART 998 whose address for service is:

      112 SW 7TH STREET, SUITE 3C
      TOPEKA, KS 66603

Certified mail service by the undersigned attorney, who understands that it is their responsibility to obtain service and to make the return to the clerk.  The postal receipt for service must be filed with the Clerk's office to prove service.

                                      By: /s/ SCOTT A HUNTER
                                      SCOTT A HUNTER, #18607
                                      600 BROADWAY BLVD., SUITE 490
                                      KANSAS CITY, MO 64105
                                      816-421-1377

*Clerk of the District Court, Johnson County Kansas*
*01/21/21  09:30am NG*

21CV00310
Div2

IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS
CIVIL DEPARTMENT

| | |
|---|---|
| **DIMPLE D. DAY** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 21CV00310 |
| ) | |
| **WALMART INC.,** ) | Division 2 |
| ) | |
| Defendant. ) | |

### RETURN OF SERVICE FOR CERTIFIED MAIL

STATE OF MISSOURI        )
                         ) ss.
COUNTY OF JACKSON        )

The undersigned, being duly sworn, states I have served the following: <u>the Summons and Petition for Damages</u> on **Wal-mart, Inc.** by certified mail on <u>January 25, 2021</u>, at the place listed on the attached card.

[Certified mail return receipt card]

Article Addressed to:
Walmart, Inc
c/o The Corporation Company, Inc.
112 SW 7th St., Ste. 3C
Topeka, KS 66603

9590 9402 4975 9063 7566 10

Article Number: 7017 0530 0000 1097 3955

Received by (Printed Name): MELINDA FORGE
Date of Delivery: 25 Jan 2021

PS Form 3811, July 2015 PSN 7530-02-000-9053  Domestic Return Receipt

Clerk of the District Court, Johnson County Kansas
02/01/21  02:38pm ML

_____
Scott A. Hunter

Subscribed and sworn before me on the 1st day of February, 2021.

_____
Notary Public

My Commission Expires:

JACQUELINE THORNE
Notary Public - Notary Seal
Jackson County - State of Missouri
Commission Number 14858205
My Commission Expires Jul 1, 2022

_____
Scott A. Hunter                    #18607
HUNTER & CASSIDY, LLC
600 Broadway Boulevard, Suite 490
Kansas City, Missouri 64105
Telephone: (816) 421-1377
Facsimile: (816) 421-1833
shunter@huntercassidylaw.com

***ATTORNEY FOR PLAINTIFFS***

IN THE DISTRICT COURT OF JOHNSON COUNTY, KANSAS
CIVIL COURT DEPARTMENT

DIMPLE D DAY

           Plaintiff          Case No: 21CV00310

vs                                            Division: 2

K.S.A. Chapter 60

WALMART INC

           Defendant

SUMMONS

To the above-named defendant:

    YOU ARE HEREBY NOTIFIED that an action has been commenced against you in this court. You are required to file your answer to the petition with the court and to serve a copy upon the plaintiff's attorney, as follows:

    Name:    SCOTT A HUNTER
    Address: 600 BROADWAY BLVD., SUITE 490
                 KANSAS CITY, MO 64105
    Phone:   (816) 421-1377

Within 21 days after service of summons upon you.

    If you fail to do so, judgment by default will be taken against you for the relief demanded in the attached petition, which is incorporated herein by reference. Any related claim which you may have against the plaintiff must be stated as a counterclaim in your answer, or you will thereafter be barred from making such claim in any other action.



                                                          /s/ Jennie Leach
                                                          Clerk of the District Court

Dated:   January 21, 2021

Johnson County Court House, 150 W. Santa Fe St., Olathe, KS 66061